Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
823 Anchorage Place, Suite 101
Chula Vista, CA 91914
Phone: (619) 869-4999
Fax: (619) 754-4581
e-mail: mattparelawca@gmail.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>Eric Christopher Johnson, individually and d/b/a Legends; David Allan Copley, individually and d/b/a Legends; Shore Restaurant Group, LLC, Fanore LLLP, and Twin Harbors LLP an unknown business entity d/b/a Legends,<br><br>     Defendants. | Case No.: 2:20-cv-11006-WDK-JC<br><br>**ANSWER OF DEFENDANTS ERIC CHRISTOPHER JOHNSON, DAVID ALLAN COPLEY, SHORE RESTAURANT GROUP, LLC, FANORE LLLP, AND TWIN HARBORS LLP d/b/a LEGENDS**<br><br>**DEMAND FOR JURY TRIAL**<br><br>*[Pursuant to Federal Rules of Civil Procedure, Rules 8(b), 12(a), 38]* |

COME NOW defendants Eric Christopher Johnson, David Allan Copley, Shore Restaurant Group, LLC, Fanore LLLP, and Twin Harbors LLP d/b/a Legends (collectively referred to as "defendants" herein), appearing by counsel, and file this Answer and Defenses in response to the Complaint of Plaintiff G & G Closed Circuit Events, LLC.

AND NOW, the defendants answer the Complaint, paragraph by paragraph, as follows:

1. Admit.
2. Deny because defendants believe that the license agreement regarding the TV program in question will reveal that there is no subject matter jurisdiction due to a

1 lack of standing.

3. Admit that there is personal jurisdiction.

4. Admit that venue is proper.

5. Admit that intradistrict assignment is proper.

6. Defendants are without sufficient information to admit or deny.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Admit.

14. Deny.

15. Deny.

16. Deny.

17. Deny.

18. Deny.

19. Admit.

20. Defendants are without sufficient information to admit or deny.

21. Deny.

22. Defendants are without sufficient information to admit or deny.

23. Defendants are without sufficient information to admit or deny.

24. Deny.

25. Defendants are without sufficient information to admit or deny.

26. Defendants are without sufficient information to admit or deny.

27. Deny.

28. Deny.

1. 29. Deny.
2. 30. Deny.
3. 31. Deny.
4. 32. Deny.
5. 33. Deny.
6. 34. Deny.
7. 35. Deny.
8. 36. Deny
9. 37. Deny.
10. 38. Deny.
11. 39. Deny.
12. 40. Deny.
13. 41. Deny.
14. 42. Deny.
15. 43. Deny.
16. 44. Deny.
17. 45. Defendants are without sufficient information to admit or deny.
18. 46. Defendants are without sufficient information to admit or deny.
19. 47. Deny.
20. 48. Deny.
21. 49. Deny.
22. 50. Deny.
23. 51. Deny.
24. 52. Deny.
25. 53. Deny.
26. In response to the paragraphs following paragraph 53, beginning with the words
27. "WHEREFORE, Plaintiff prays" the defendants deny plaintiff is entitled to the relief prayed for or

1  any relief whatsoever.  Defendants hereby demand a jury trial in this civil action.

2  AND NOW, after having answered the Complaint, paragraph by paragraph, and having

3  denied all liability, the defendants further set forth the following affirmative defenses:

4  **FIRST AFFIRMATIVE DEFENSE**

5  47 U.S.C. section 605 and 47 U.S.C. section 553 do not apply to internet signals and

6  therefore the plaintiff cannot prevail.  See, *Joe Hand Promotions, Inc. v. Cusi*, 2014 U.S. Dist.

7  LEXIS 66474 (S.D. Cal. May 14, 2014); *Joe Hand Promotions, Inc. v. Shelley L. Spain*, 2016 U.S.

8  Dist. Court for the Dist. of Arizona, Case No. 2:15-cv-00152-SMM, Document 39, Aug. 5, 2016;

9  *G & G Closed Circuit Events, LLC v. Samusick*, 2020 U.S. Dist. Court for the Central Dist. of

10  California, Case No. 2:18-cv-01796-WDK-JC, Document 29, May 4, 2020; *J & J Sports*

11  *Productions, Inc. vs. Jade Thompson*, Case No. 5:16-cv-01939-WDK-PLA, Document 59, Filed

12  9/20/2019; *G & G Closed Circuit Events, LLC vs. Michael Espinoza, et al.*, Case No. 2:18-cv-

13  07894-WDK-JC, Document 47, October 5, 2020 in the U.S. Dist. Court for the Central Dist. of

14  CA; *G & G Closed Circuit Events, LLC vs. Esmeragdo Gomez Rojas, et al.*, Case No. 5:18-cv-

15  00438-WDK-JC, Document 65, October 5, 2020 in the U.S. Dist. Court for the Central Dist. of

16  CA.

17  **SECOND AFFIRMATIVE DEFENSE**

18  The individual defendants cannot be liable in light of the fact that they did not authorize

19  any piracy, directly control the TV, nor derive a financial benefit from the exhibition.  See e.g., *Joe*

20  *Hand Promotions, Inc. vs. David Alvarado, et al.*, 2011 WL 1740536 (E.D. Cal.).

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1 **THIRD AFFIRMATIVE DEFENSE**

2    The defendant establishment was authorized to receive and display the subject TV program

3 from the TV service provider that was purchased in good faith.  See e.g., *J & J Sports*

4 *Productions, Inc. v. Schmalz*, 745 F.Supp.2d 844 (S.D. Ohio, Sept. 17, 2010).

5    Respectfully submitted.

6 DATED: February 15, 2021          LAW OFFICE OF MATTHEW PARE, APC

7

8                By:    /s/ Matthew A. Paré
                       _____
9                      Matthew A. Paré, Esquire
                       Counsel for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
823 Anchorage Place, Suite 101
Chula Vista, CA 91914
Phone: (619) 869-4999
Fax: (619) 754-4581
e-mail: mattparelawca@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

Thomas P. Riley, Esq., State Bar No.: 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Phone: (626) 799-9797
Fax: (626) 799-9795
e-mail: TPRLAW@att.net

Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
823 Anchorage Place, Suite 101
Chula Vista, CA 91914
Phone: (619) 869-4999
Fax: (619) 754-4581
e-mail: mattparelawca@gmail.com

By:   /s/ Matthew A. Paré
      _____
      Matthew A. Paré, Esquire