Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
823 Anchorage Place, Suite 101
Chula Vista, CA 91914
Phone: (619) 869-4999
Fax: (619) 754-4581
e-mail: mattparelawca@gmail.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC, ) | Case No.: 2:20-cv-11006-WDK-JC |
| ) | |
| Plaintiff, ) | **CERTIFICATION AS TO INTERESTED PARTIES** |
| ) | |
| vs. ) | *[Pursuant to Federal Rules of Civil Procedure, Rule 7.1]* |
| ) | |
| Eric Christopher Johnson, individually and ) d/b/a Legends; David Allan Copley, ) individually and d/b/a Legends; Shore ) Restaurant Group, LLC, Fanore LLLP, and ) Twin Harbors LLP an unknown business ) entity d/b/a Legends, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The undersigned, counsel of record for defendants Eric Christopher Johnson, David Allan Copley, Shore Restaurant Group, LLC, Fanore LLLP, and Twin Harbors LLP d/b/a Legends, certifies that there are no known interested parties other than those named in this case.  This representation is made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated:  February 15, 2021                                                By:  /s/ Matthew A. Pare

                                                                                          _____
                                                                                          Matthew A. Pare, Esquire
                                                                                          Attorney for Defendants

| | |
|---|---|
| 1 | Matthew A. Paré, Esq., California State Bar No.: 258434<br>**LAW OFFICE OF MATTHEW PARE, APC** |
| 2 | 823 Anchorage Place, Suite 101<br>Chula Vista, CA 91914 |
| 3 | Phone: (619) 869-4999<br>Fax: (619) 754-4581 |
| 4 | e-mail: mattparelawca@gmail.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

Thomas P. Riley, Esq., State Bar No.: 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Phone: (626) 799-9797
Fax: (626) 799-9795
e-mail: TPRLAW@att.net

Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
823 Anchorage Place, Suite 101
Chula Vista, CA 91914
Phone: (619) 869-4999
Fax: (619) 754-4581
e-mail: mattparelawca@gmail.com

By:   /s/ Matthew A. Paré
      _____
      Matthew A. Paré, Esquire