## **DECLARATION OF ERIC CHRISTOPHER JOHNSON**

I, Eric Christopher Johnson, hereby state and declare as follows:

     1.     I am over the age of 18 and competent to testify as to the following facts which are of my own personal knowledge.  I would testify to the following if asked to do so by any court of law.  I am submitting this declaration regarding the case of G & G Closed Circuit Events, LLC vs. Eric Christopher Johnson, et al., Case No. 2:20-cv-11006-WDK-JC, filed in the United States District Court for the Central District of California.  I understand that this declaration will be submitted to the United States District Court for the Central District of California regarding this case.  I further understand that this declaration (or affidavit) is being submitted under the penalty of perjury.

     2.     Legends is a local restaurant and bar located at 5236 East 2nd Street, Long Beach, CA 90803.  The establishment has been there for many decades and has a great reputation in the community.  On December 7, 2019, the subject TV program, namely Andy Ruiz, Jr. v. Anthony Joshua II Championship Fight Program, was displayed on a couple of the TVs in the bar.  At the time of the event most of the TVs in the location had other programming being displayed, and there was no cover charge for admission into the premises at the time either.  I did not authorize any advertisement that the event would be shown at Legends.

     3.     The circumstances behind the exhibition of this subject TV program at Legends are as follows: The subject TV program was displayed on TV at Legends and viewed using a subscription to the internet streaming application called DAZN.  That application is a subscription-based internet streaming provider of this type of sports programming.  No cable television signal was used to view the subject TV program, and no satellite signal was used to view the subject TV programs either.

/ / /

*4.* There was no money received by Legends as a result of the subject fight program being viewed there. I did not realize there was anything improper with using DAZN to show this TV programming at Legends.

Respectfully submitted,

I, Eric Christopher Johnson, hereby declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct to the best of my own personal knowledge on the <u>28th</u> day of February 2022, in <u>Long Beach,</u> California.

By:

_____
Eric Christopher Johnson
Declarant

2